**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ERIC DOBRANSKY,                         :   No. 120 WAL 2022

         Respondent             :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court
         v.                       :

EQT PRODUCTION COMPANY AND   :
HALLIBURTON ENERGY SERVICES, INC.,  :

         Petitioners             :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 14th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.  The Application to File Under Seal and Application for Leave to File a Reply are **DENIED** as moot.